500 JAMES HANCE COURT and Knauer and Gorman Construction Co., Inc.,

v.

PENNSYLVANIA PREVAILING WAGE APPEALS BOARD.

Bureau of Labor Law Compliance, Intervenor

Petition of Bureau of Labor Law Compliance, Intervenor.

Supreme Court of Pennsylvania.

Aug. 4, 2010.

**ORDER**

PER CURIAM.

**AND NOW,** this 4th day of August 2010, the Petition for Allowance of Appeal is **GRANTED** to address the following issue:

Whether the Commonwealth Court erred in concluding that the Prevailing Wage Act applies only to the segment of a bifurcated construction contract receiving public funds.

Ryan WHEELER, Appellant

v.

Jeffrey A. BEARD, Secretary of Corrections; Barry Johnson, Secretary–Western Region; Gerald L. Rozum, Superintendent SCI–Somerset; Eric Frazier, Correctional Counselor–SCI–Somerset, Appellees.

Supreme Court of Pennsylvania.

Aug. 17, 2010.

**ORDER**

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.